IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00770-WYD-PAC

PIKES PEAK ORTHODONTIC SPECIALISTS, a Colorado General Partnership; and SCOTT T. SUTER, D.D.S., M.S., P.C., f/k/a SCOTT T. SUTER, D.D.S., P.C., a Colorado Corporation,

    Plaintiff(s),

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation,

    Defendant(s),

v.

SCOTT T. SUTER,

    Counterclaim Defendant(s).

**ORDER**

    THIS MATTER is before the Court on a Joint Stipulation and Motion Concerning Dismissal without Prejudice of Plaintiff's Second Claim for Relief, filed October 12, 2005.  Having reviewed the Motion and being otherwise fully advised, it is

    ORDERED that the Joint Stipulation and Motion Concerning Dismissal without Prejudice of Plaintiff's Second Claim for Relief is **GRANTED**.  It is

    FURTHER ORDERED that Plaintiff's Second Claim for Relief is **DISMISSED WITHOUT PREJUDICE**, each side to bear his or her own attorneys' fees and costs.

    Dated:  October 13, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge