IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00770-WYD-PAC

PIKES PEAK ORTHODONTIC SPECIALISTS, a Colorado General Partnership; and SCOTT T. SUTER, D.D.S., M.S., P.C., f/k/a SCOTT T. SUTER, D.D.S., P.C., a Colorado Corporation,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation,

    Defendant,

v.

SCOTT T. SUTER,

    Counterclaim Defendants.

## ORDER OF DISMISSAL

THIS MATTER coming on to be heard on the parties' stipulated motion for dismissal with prejudice, and the Court having reviewed the motion, and being fully advised in the premises, it is hereby

ORDERED that the case shall be **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorneys' fees.

Dated:  January 19, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel

U. S. District Judge